UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 25-1009

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>v.<br>**MILDRED R. GILES** | **Magistrate Case No. 9276076 (Class A)**<br><br>**COMPLAINT**<br>**Offense on a Federal Reservation** |

BEFORE the **Honorable Andrea Dechenne Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **21st day of November 2024**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**MILDRED R. GILES** did commit:

Possession of firearms and dangerous weapons in Federal facilities in violation of 18 U.S.C 930.

The name of the Complainant is **Luke D. Wilson.**

**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 14TH DAY OF JANUARY 2025.**

**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**

1/14/25 NK 3/20/25

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 21 NOV, 20 24 while exercising my duties as a law enforcement officer in the FEDERAL District of NEW JERSEY

BASED ON SGT. WALASZEK'S OBSERVATION SUBJECT WAS FOUND TO BE IN POSSESSION OF ONE BLACK IN COLOR SMITH & WESSON M&P SHIELD 9MM, SERIAL NO: JDJ1752 FIREARM ON FEDERAL INSTALLATION PROPERTY.

The foregoing statement is based upon:

- [ ] my personal observation
- [ ] my personal investigation
- [X] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/21/2024 KyleB #68147
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/12/2024 12:53